IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-427-MOC-DCK

| | |
|---|---|
| NATALIE PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALIGHT FINANCIAL SOLUTIONS, LLC, ) | |
| and ALIGHT SOLUTIONS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Natalie Pratt's Motion To Compel Responses To Plaintiff's First Set Of Requests For Production Of Documents And Memorandum In Support Thereof" (Document No. 16) filed July 29, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

The undersigned notes that Plaintiff's Motion is deficient for two reasons. First, the Motion fails to demonstrate compliance with Local Civil Rule 7.1(b), which requires that "counsel have conferred and attempted in good faith to resolve areas of disagreement." <u>See</u> LCvR 7.1(b). Additionally, Judge Cogburn's "Pretrial Order And Case Management Plan" (Document No. 13) requires that a motion to compel "include a statement by the movant that the parties have conferred in good faith with each other." (Document No. 13, p. 5). Second, the Motion was filed without first "request[ing] a conference with the Magistrate Judge," which is required per Judge Cogburn's Pretrial Order before the parties "fil[e] a disputed motion for an order relating to discovery." <u>Id.</u> at p. 4.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Natalie Pratt's Motion To Compel Responses To Plaintiff's First Set Of Requests For Production Of Documents And Memorandum In Support Thereof" (Document No. 16) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the parties confer regarding the discovery dispute described in the motion via some form of live communication – for example, by phone, Teams, or in person – in an attempt to narrow or resolve the issues. Only after such live communication has failed to resolve the issues may the parties submit any outstanding discovery disputes to the Court's attention via a *brief* email to the undersigned's chambers describing the issues in one paragraph or less, copying all counsel: Emily_Stewart@ncwd.uscourts.gov and Dustin_Taylor@ncwd.uscourts.gov.

**SO ORDERED**.

Signed: August 1, 2022

David C. Keesler
United States Magistrate Judge